UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES J. FLANAGAN SHIPPING CORPORATION, | § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 4:19-CV-03584 |
| vs. | § § | |
| MARKEL AMERICAN INSURANCE COMPANY and CRC INSURANCE SERVICES, INC., | § § § § | |
| Defendants. | | |

**DEFENDANT MARKEL AMERICAN INSURANCE COMPANY'S
<u>NOTICE OF REMOVAL</u>**

Pursuant to 28 U.S.C. § 1441, Defendant Markel American Insurance Company hereby removes the action styled and numbered 2019-57709, currently pending in the 190th Judicial District Court, Harris County, Texas to the United States District Court for the Southern District of Texas, Houston Division. For the reasons set forth below, removal of the state court action is proper under 28 U.S.C. §§ 1332, 1441, and 1446.

## I.     THE STATE COURT ACTION

1. On June 11, 2019, Plaintiff James J. Flanagan Shipping Corporation ("Flanagan" or "Plaintiff") commenced this lawsuit by filing its Original Petition ("Original Petition") in the 190th Judicial District Court, Harris County, Texas, Cause Number 2019-57709. Plaintiff's Original Petition is attached as **Exhibit C** to this Notice of Removal. Plaintiff named Defendant Markel American Insurance Company ("MAIC") and CRC Insurance Services, Inc. ("CRC") (collectively, "Defendants") as defendants.

2. This action concerns alleged non-payment or under-payment of property insurance benefits from an insurance policy purchased from MAIC. The Plaintiff claims MAIC owes these benefits because of loss sustained to Plaintiff's insured property during Hurricane Harvey. CRC acted as broker on the purchase of the Policy.

3. Plaintiff's Original Petition alleges causes of action against MAIC for breach of contract, violations of the Texas Insurance Code and Deceptive Trade Practices Act, and breach of the duty of good faith and fair dealing. The Original Petition alleges only negligence against CRC.

## II. MAIC'S NOTICE OF REMOVAL IS TIMELY

4. MAIC was served with the Original Petition and citation on August 28, 2019 by delivery through C T Corporation System. The citation is attached as **Exhibit B** to this Notice of Removal. Accordingly, MAIC files this Notice of Removal within the 30-day time period required by 28 U.S.C. § 1446(b).

## III. VENUE IS PROPER

5. Venue is proper in the United States District Court for the Southern District of Texas, Houston Division, under 28 U.S.C. §§ 124(b)(2) and 1441(a) because this district and division embrace the place where the removed action has been pending.

## IV. BASIS FOR REMOVAL JURISDICTION

6. Removal of this action is proper under 28 U.S.C. § 1441 because it is a civil action brought in a state court for which the federal courts have original jurisdiction over the subject matter pursuant to 28 U.S.C. § 1332. Specifically, removal is proper because there is now, and was at the time this action was filed, complete diversity of citizenship between Plaintiff and Defendants, and the amount in controversy exceeds $75,000 excluding interest and costs.

7. In Plaintiff's Original Petition, Plaintiff states that it is a Texas corporation with its principal place of business in Jefferson County, Texas. Thus, Plaintiff is a citizen of Texas for diversity jurisdiction purposes.[1]

8. MAIC was at the time this lawsuit was filed, and at the date of this Notice remains, a foreign corporation organized under the laws of Virginia, with its principal place of business in Virginia. Thus, MAIC is a citizen of Virginia for diversity jurisdiction purposes.

9. CRC was at the time this lawsuit was filed, and at the date of this Notice remains, a foreign corporation organized under the laws of Alabama, with its principal place of business in Alabama.[2] Thus, CRC is a citizen of Alabama for diversity jurisdiction purposes. Plaintiff incorrectly states in its Petition that CRC is a foreign insurance company with its principal place of business in Texas,[3] but the documents included with this Notice as Exhibit H establish CRC's Alabama citizenship.

10. CRC consents to this removal.[4]

11. Accordingly, there is now, and was at the time this action was filed, complete diversity of citizenship between Plaintiff and Defendants.

V.   **AMOUNT IN CONTROVERSY**

12. If it is facially apparent that Plaintiff's claims exceed the jurisdictional amount, Defendants burden is satisfied.[5]

---

[1]   See **Exhibit C** at 1.

[2]   **Exhibit H**.

[3]   See **Exhibit C** at 2.

[4]   **Exhibit G**.

[5]   *Allen v. R & H Oil & Gas Co.*, 63 F.3d 1326, 1335 (5th Cir. 1999).

13. When removal is premised upon diversity jurisdiction and the parties dispute whether the amount in controversy exceeds $75,000, courts must determine the amount in controversy in light of "the claims in the state court petition as they existed at the time of removal."[6]

14. Plaintiff's Original Petition states that it seeks damages over $1,000,000.[7]

15. Thus, Plaintiff's claims exceed the jurisdictional minimum of $75,000. Because there is complete diversity among the parties and the amount in controversy requirement is satisfied, this Court has jurisdiction pursuant to 28 U.S.C. § 1332(a). Removal is therefore proper.

## VI. CONCLUSION

16. For the reasons mentioned above, because there is complete diversity between the parties and the amount in controversy exceeds $75,000, removal of this action is proper under 28 U.S.C. § 1332(a).

17. Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice will be promptly filed with the clerk of the 190th Judicial District Court, Harris County, Texas.

18. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice will be given to all adverse parties promptly after the filing of this Notice.

19. All pleadings, orders, and other filings in the state court action are attached to this notice as required by 28 U.S.C. § 1446(a).

20. In compliance with Local Rule 81, the following documents are attached:

    A.    Index of Matters Being Filed with Notice of Removal—identified as Exhibit A;

    B.    All executed process in the case—identified as Exhibit B;

---

[6] *Manguno v. Prudential Prop. & Cas. Ins. Co.*, 276 F.3d 720, 723 (5th Cir. 2002).

[7] See **Exhibit C** at 2.

      C.      Plaintiff's Original Petition—identified as Exhibit C;

      D.      All other state-court filings—identified as Exhibit D;

      E.      A copy of the docket sheet in the state court action—identified as Exhibit E;

      F.      A list of all counsel of record, including addresses, telephone numbers and parties represented—identified as Exhibit F.

      G.      Defendant CRC Insurance Services, Inc.'s consent to removal—identified as Exhibit G.

      H.      Documents in support of Defendant CRC Insurance Services, Inc.'s Alabama citizenship—identified as Exhibit H.

WHEREFORE, Defendant Markel American Insurance Company requests that this action be removed from the 190th Judicial District Court, Harris County, Texas, to the United States District Court for the Southern District of Texas, Houston Division, and that this Court enter such further orders as may be necessary and appropriate.

Respectfully submitted,

By: */s/ Todd M. Tippett*
    Todd M. Tippett, *Attorney-in-Charge*
    Texas Bar No. 24046977
    Southern District of Texas Bar No. 573544
    ttippett@zelle.com
    Michael P. O'Brien, *Counsel*
    Texas Bar No. 24103418
    Southern District of Texas Bar No. 3338567
    mobrien@zelle.com

**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, TX 75202-3975
Telephone:    214-742-3000
Facsimile:    214-760-8994

**ATTORNEYS FOR DEFENDANT MARKEL AMERICAN INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Notice of Removal was served on all counsel of record on September 23, 2019, in accordance with the FEDERAL RULES OF CIVIL PROCEDURE, as follows:

> Wayne D. Collins
> State Bar No. 00796384
> wcollins@bartonlawgroup.com
> Daniel P. Barton
> State Bar No. 00789774
> dbarton@bartonlawgroup.com
> **BARTON LAW FIRM**
> 1201 Shepherd Drive
> Houston, Texas 77007
> Telephone: 712-227-4747
> Facsimile: 713-621-5900

*Attorneys for Plaintiff*

*/s/ Todd M. Tippett*
Todd M. Tippett
